**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TONJA WICKS, )<br>)<br>       Plaintiff, )<br>)<br>  v. )<br>)<br>AMERICAN TRANSMISSION, )<br>COMPANY LLC, et al. )<br>)<br>       Defendant. )<br>_____) | Civil Action No.<br>Calendar ___<br><br>Next Event: |

**DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the United States District Court for the District of Columbia of Civil Procedure, Defendants American Transmission Company LLC ("ATC") and ATC Management Inc. ("ATC Management"), by and through their undersigned counsel, hereby certify as follows:

1. ATC is a Wisconsin limited liability company. ATC Management is the incorporated corporate manager of ATC. The two entities transact business as a single transmission company.

2. The following publicly held corporations own over 10% of ATC or ATC Management's stock: WPL Transco LLC (a subsidiary of Alliant Energy), Wisconsin Electric Power Company (a subsidiary of Wisconsin Energy Corporation dba We Energies), and WPS Investments, LLC (a subsidiary of Wisconsin Public Service Corporation).

Respectfully submitted,

AMERICAN TRANSMISSION
COMPANY LLC

and

ATC MANAGEMENT INC.

By _____
   James L. Banks, Jr., Bar No. 503261
   jbanks@seyfarth.com
   Eyana J. Smith, Bar No. 489466
   esmith@seyfarth.com
   Seyfarth Shaw LLP
   815 Connecticut Avenue, N.W.  Ste. 500
   Washington, DC  20006
   (202) 463-2400 (ph)
   (202) 828-5393 (fax)

Attorneys for Defendants ATC and ATC Management

Date:  December 21, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendants' Rule 7.1 Disclosure Statement was served via electronic notification and first class mail this 21st day December 2007, upon the following:

>Michael J. Hoare, Esq.
>MICHAEL J. HOARE, P.C.
>1101 14th Street, NW
>Suite 710
>Washington, DC  20005
>(202) 408-7901 (ph)
>(202) 408-7903 (fax)
>*Counsel for Plaintiff*

>_____
>Eyana J. Smith, Bar No. 489466
>Seyfarth Shaw LLP
>815 Connecticut Avenue, N.W.  Ste. 500
>Washington, DC  20006
>(202) 463-2400 (ph)
>(202) 828-5393 (fax)
>esmith@seyfarth.com
>
>Attorneys for Defendants ATC and ATC Management

DC1 30214392.1