IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONJA WICKS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN TRANSMISSION<br>COMPANY LLC, et al.<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-2313<br>)<br>) Judge Henry H. Kennedy, Jr.<br>) Next Event: Mediation<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF EYANA J. SMITH

This notice shall serve to inform the Court that Eyana J. Smith, Esq. no longer represents Defendants American Transmission Company LLC and ATC Management Inc. ("Defendants") in this matter. Ms. Smith will no longer be associated with the law firm of Seyfarth Shaw LLP. Defendants will continue to be represented by James L. Banks, Jr., Esq., counsel of record, and have been given reasonable notice of Ms. Smith's withdrawal.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　AMERICAN TRANSMISSION
　　　　　　　　　　　　　　　　　　　　COMPANY LLC

　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　ATC MANAGEMENT INC.

　　　　　　　　　　　　　　　　　　　　By /s/ Eyana J. Smith
　　　　　　　　　　　　　　　　　　　　　　James L. Banks, Jr., Bar No. 503261
　　　　　　　　　　　　　　　　　　　　　　jbanks@seyfarth.com
　　　　　　　　　　　　　　　　　　　　　　Eyana J. Smith, Bar No. 489466
　　　　　　　　　　　　　　　　　　　　　　esmith@seyfarth.com
　　　　　　　　　　　　　　　　　　　　　　Seyfarth Shaw LLP
　　　　　　　　　　　　　　　　　　　　　　815 Connecticut Avenue, N.W. Ste. 500
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　　(202) 463-2400 (ph)
　　　　　　　　　　　　　　　　　　　　　　(202) 828-5393 (fax)
Date: May 13, 2008　　　　　　　　　　　　　Attorneys for Defendants

DC1 30229848.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Appearance Of Eyana J. Smith was served via electronic notification this 13th day May 2008, upon the following:

> Michael J. Hoare, Esq.
> MICHAEL J. HOARE, P.C.
> 1101 14th Street, NW
> Suite 710
> Washington, DC 20005
> (202) 408-7901 (ph)
> (202) 408-7903 (fax)
> *Counsel for Plaintiff*

                                              /s/ Eyana J. Smith
                                     Eyana J. Smith, Bar No. 489466