# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONJA WICKS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN TRANSMISSION )<br>COMPANY LLC, et al. )<br>)<br>Defendants. )<br>_____) | Civil Action No. 07-2313<br><br>Judge Henry H. Kennedy, Jr.<br>Next Event: Mediation |

## NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

The Clerk will kindly enter the appearance of James L. Banks, Esq. of Seyfarth Shaw LLP, 815 Connecticut Avenue, N.W., Suite 500, Washington, DC 20006-4004, as counsel of record for Defendants American Transmission Company LLC and ATC Management Inc. ("Defendants") in the above-referenced matter. Accordingly, we respectfully request that Mr. Banks be substituted for Eyana J. Smith, also of Seyfarth Shaw LLP, and that Ms. Smith be allowed to withdraw as counsel for Defendants. Defendants been given reasonable notice of the proposed withdrawal and substitution of counsel.

DC1 30230297.1

                              Respectfully submitted,

                              AMERICAN TRANSMISSION
                              COMPANY LLC

                              and

                              ATC MANAGEMENT INC.

                              By /s/ Eyana J. Smith
                                  Eyana J. Smith, Bar No. 489466
                                  esmith@seyfarth.com

                                  /s/ James L. Banks, Jr.
                                  James L. Banks, Jr., Bar No. 503261
                                  jbanks@seyfarth.com
                                  Seyfarth Shaw LLP
                                  815 Connecticut Avenue, N.W. Ste. 500
                                  Washington, DC 20006
                                  (202) 463-2400 (ph)
                                  (202) 828-5393 (fax)
Date: May 13, 2008                    Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Substitution of Counsel and Entry of Appearance was served via electronic notification this 13th day May 2008, upon the following:

>Michael J. Hoare, Esq.
>MICHAEL J. HOARE, P.C.
>1101 14th Street, NW
>Suite 710
>Washington, DC  20005
>(202) 408-7901 (ph)
>(202) 408-7903 (fax)
>*Counsel for Plaintiff*

>_____/s/ Eyana J. Smith\_\_\_\_
>Eyana J. Smith, Bar No. 489466